UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
KIRKPATRICK DUNBAR,                                         :
:
                           Plaintiff,      :
:      23-CV-145 (VSB)
            -against-                                       :
:      **ORDER**
TRIANGOLO GROUP, INC. d/b/a HACHE                           :
and 982 REALTY CORP.,                                       :
:
                          Defendants.     :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On May 26, 2023, Plaintiff filed a proposed certificate of default and corresponding affirmation against the Defendant. (Docs. 18, 19.) The Clerk's Office entered a certificate of default against Defendant on the same day. (Doc. 20.) To date, Plaintiff has failed to comply with the remaining default judgment procedures set out in Rule 4(H) of my Individual Rules and Practices in Civil Cases. Accordingly, it is hereby

      ORDERED that Plaintiff follow the default judgment procedures outlined in Attachment A of my Individual Rules and Practices in Civil Cases and submit the required filings by July 5, 2023. If Plaintiff fail to do so, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 14, 2023
             New York, New York

                                                          _____
                                                           VERNON S. BRODERICK
                                                           United States District Judge